# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131579

TERESA KILBY, Personal Representative of
the Estate of John Angott,
         Plaintiff-Appellee,

v

CHUBB GROUP OF INSURANCE
COMPANIES,
         Defendant,
and

GREAT NORTHERN INSURANCE COMPANY,
         Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131579
COA: 258026
Emmet CC: 01-006860-CK

On order of the Court, the application for leave to appeal the April 4, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120